# IN THE SUPREME COURT OF THE STATE OF NEVADA

WELLS FARGO BANK, N.A.,
            Appellant,
    vs.
THREE PALMS INVESTMENT GROUP,
LLC, A NEVADA LIMITED LIABILITY
COMPANY; AND RUGGED OAKS
INVESTMENTS, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
            Respondents.

No. 72806

**FILED**

FEB 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Chief Judge, The Eighth Judicial District Court
       Adriana Escobar, District Judge
       Hon. J. Charles Thompson, Senior Judge
       Michael H. Singer, Settlement Judge
       Snell & Wilmer LLP/Salt Lake City
       Snell & Wilmer, LLP/Tucson
       Snell & Wilmer, LLP/Las Vegas
       Hutchison & Steffen, LLC/Las Vegas
       Greene Infuso, LLP
       Eighth District Court Clerk

18-06959